**Exhibit A to the Complaint**

**Location:** Waianae, HI  **IP Address:** 75.85.105.218
**Total Works Infringed:** 26  **ISP:** Spectrum

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 50EB3A81256ED806B8C03530B3AEB4EFE3AF96D1 | 02/19/2025 04:23:33 | Blacked | 02/07/2025 | 02/18/2025 | PA0002515979 |
| 2 | 90AC10449AFFDE8CBFE6FE592B4D7E8ECAAA8E7F | 02/19/2025 04:22:06 | Blacked | 02/02/2025 | 02/18/2025 | PA0002516037 |
| 3 | 4194F4803242BCE1CDD90B44A0AB889D83E63454 | 02/16/2025 02:02:56 | Blacked | 02/12/2025 | 02/18/2025 | PA0002516029 |
| 4 | 99D5305F4A5F5737A0F40F4B30D7904B1F6BB157 | 02/16/2025 01:43:21 | Blacked Raw | 02/15/2025 | 02/18/2025 | PA0002516031 |
| 5 | 307C8CF35E5FA67A4A75F9B4ACD9025F7AE88BF7 | 01/15/2025 02:51:51 | Blacked | 01/13/2025 | 01/15/2025 | PA0002509290 |
| 6 | 560A755757D27B4A0DA0057842A4924B828998A7 | 12/30/2024 03:00:04 | Blacked Raw | 09/21/2022 | 10/05/2022 | PA0002373950 |
| 7 | 8031B4A7A5CFCECBC796D4772440BFC5016C11AA | 12/12/2024 04:33:47 | Blacked | 06/24/2018 | 07/26/2018 | PA0002112154 |
| 8 | 45BD7EB6EC3A335403A10A66A52919DBE8FD0208 | 12/12/2024 04:29:18 | Blacked | 02/14/2020 | 03/18/2020 | PA0002241448 |
| 9 | FF9078124665CA3600FDEE8E489C451351FCE770 | 12/03/2024 02:54:18 | Blacked Raw | 07/25/2022 | 08/29/2022 | PA0002367727 |
| 10 | 0ADB82B8A9CA64CE3870E2E2B79C331AD1F7305D | 09/18/2024 01:39:54 | Blacked | 09/10/2024 | 09/17/2024 | PA0002490365 |
| 11 | 7469889e196fa41fe884075c511477245537d338 | 09/18/2024 01:34:11 | Blacked Raw | 09/09/2024 | 09/17/2024 | PA0002490318 |
| 12 | 50BEEB3000C5F9FFAC5A6B3014D2851927C87B42 | 08/25/2024 04:12:55 | Blacked | 07/17/2024 | 08/14/2024 | PA0002484871 |
| 13 | 5AC6A1971565BE96598E8C9318411585D26A87DC | 08/25/2024 04:06:48 | Blacked | 07/22/2024 | 08/14/2024 | PA0002484869 |
| 14 | 9FEC799515E1508F383A3004FFFFE9CDB9D6BC0C | 08/25/2024 04:02:38 | Blacked Raw | 08/05/2024 | 08/14/2024 | PA0002484841 |
| 15 | 6CA595682883DD538B6927A0551C84795B80DA0B | 08/25/2024 03:59:52 | Blacked | 07/27/2024 | 08/14/2024 | PA0002484822 |
| 16 | 0A98B32BB2CAC1FFD2FB5298EBAA3B80A4B4177E | 08/13/2024 03:34:32 | Blacked | 03/09/2024 | 04/10/2024 | PA0002464914 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | f6129376f061aa9e236f1a34e67611361b68ce6a | 05/16/2024 06:48:31 | Blacked | 05/08/2024 | 06/18/2024 | PA0002476746 |
| 18 | 5D69BC93D3A194EA942CAC720EB78042798A46FF | 05/16/2024 06:47:44 | Blacked | 05/13/2024 | 06/18/2024 | PA0002476744 |
| 19 | 20072cd3bfb57135be6b9284b6c3ebbdbac82056 | 03/13/2024 04:57:45 | Blacked Raw | 07/06/2018 | 07/26/2018 | PA0002112158 |
| 20 | 8B30360731AC1683851D71F3DF14C75C2DEB5E40 | 03/09/2024 02:09:38 | Blacked Raw | 08/05/2018 | 09/01/2018 | PA0002119682 |
| 21 | d31cbc39e31ea20141eb847e24725f06cfc004ab | 03/08/2024 06:39:14 | Blacked | 04/05/2017 | 06/05/2017 | PA0002052859 |
| 22 | 9FF80B2839A26436102D5F29181B6B608EAAC14F | 03/08/2024 06:35:29 | Blacked | 07/14/2018 | 08/07/2018 | PA0002131895 |
| 23 | D7D96219F75CB298E2C1029F953017860E5C1004 | 03/08/2024 06:32:25 | Blacked | 06/19/2018 | 07/14/2018 | PA0002130450 |
| 24 | DDD2B1604C70AD3DA7C202C04003CF9E281209D4 | 03/08/2024 06:32:24 | Blacked | 03/26/2017 | 06/05/2017 | PA0002052857 |
| 25 | 9738b248e82a89a9f55b4b1a84920fd3349b4374 | 03/06/2024 02:55:12 | Vixen | 09/29/2021 | 11/11/2021 | PA0002321322 |
| 26 | D76DB1B1BA35E0E84328956E3339D255F8EBB0EA | 10/20/2023 05:03:23 | Blacked Raw | 10/09/2023 | 10/18/2023 | PA0002435308 |