VIRTUESQ LLLC
CHRISTIAN L. KAMAU        10996-0
PO BOX 17098
Honolulu, Hawaii 96817
Phone: (808) 271-4537
Email: christian@virtuesq.com

Attorney for Plaintiff
Strike 3 Holdings, LLC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 75.85.105.218,<br><br>Defendant. | CIVIL NO. 1:25-cv-00109-DKW-WRP<br><br><br>**PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF JOHN DOE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that all of its claims in this action against Defendant John Doe, subscriber assigned IP address 75.85.105.218 are voluntarily dismissed without prejudice. No answer or motion for summary judgment has been filed and no fees or costs are being sought. No other claims, including counterclaims, cross-claims, or third-party claims remain in this action.

*[Space intentionally left blank.]*

DATED: Honolulu, Hawaii, July 25, 2025.

        Respectfully submitted,

        /s/ *Christian L. Kamau*
        CHRISTIAN L. KAMAU
        Attorney for Plaintiff
        Strike 3 Holdings, LLC

APPROVED AS TO FORM.

DATED:  July 28, 2025 at Honolulu, Hawaii.



/s/ Derrick K. Watson
Derrick K. Watson
Chief United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

        By: /s/ *Christian L. Kamau*
        CHRISTIAN L. KAMAU, ESQ.

*Strike 3 Holdings, LLC vs. John Doe subscriber assigned IP address 75.85.105.218*, Civ. No. 1:25-cv-00109-DKW-WRP, Plaintiff's Voluntary Dismissal without Prejudice of John Doe